UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKEY T. REED,
Plaintiff,

v.

EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-03535-TLT

**ORDER OF DISMISSAL**

ECF 11

On July 9, 2026, the Court denied plaintiff's motion to proceed *in forma pauperis* (IFP) and directed plaintiff to pay the full filing fee within 14 days or the case would be dismissed without prejudice. Dkt. No. 11. That deadline has passed, and plaintiff has not paid the full filing fee. This action is therefore DISMISSED. The clerk shall terminate all pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: August 19, 2026

TRINA L. THOMPSON
United States District Judge